**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| TASHA MCRANIELS, | **15-cv-802** |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS, | **DECLARATION OF TASHA MCRANIELS** |
| Defendants. | |

---

The undersigned hereby makes the following declaration, pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this matter.

2. On June 16, 2016, my husband sought treatment at the William S. Middleton Memorial Veterans Hospital, and I accompanied him.

3. The hospital staff tried to use a Video Remote Interpreting (VRI) machine to communicate with me, but it did not work properly.

4. When staff first brought the VRI device, the proper software was not installed, and it was nonfunctional without that software.

5. Even after the delay during which staff installed the proper software, the image on the device was choppy and froze constantly.

6. Staff informed me that the VRI device used a wifi connection, and that the wifi connection was inconsistent throughout the hospital.

7. The VRI device did not enable me to effectively communicate with hospital staff.

8. Even though they were aware of the technical failure of the VRI device, hospital staff did not procure an in-person ASL interpreter while they tried to fix the device, even though I requested one repeatedly.

9. My husband's health condition is serious and required surgery, and he has remained hospitalized at William S. Middleton hospital.

10. Both my husband and I have complained to VA staff about the lack of effective communication and my need for an in-person ASL interpreter.

11. VA staff have never informed me, in a manner in which I am able to understand, about how to file an administrative complaint with the VA regarding the disability discrimination I have faced at William S. Middleton hospital.

12. Annxed hereto as Exhibit A is a true and correct copy of my written correspondence with staff at William S. Middleton hospital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: July 11th 2016

By: *[signature]*
Tasha McRaniels
1113 Plum Street
Wisconsin Dells, WI 53965

At: 11:30 am