# EXHIBIT A



June 16, 2016, 9:56 AM

If VRI doesn't work please call to have sign language interpreter to be here.

And how long will it fix?

They are installing a software right now to help.  The doctor will talk with you once it is working. Shouldn't be too much longer





5

We do not have live interpreters on staff. I will secure one when we are unable to provide effective communication. At this time we feel the fastest way to get an interpreter is virtually.

Once we can communicate Mr. M.'s current medical situation with you via a virtual interpreter we will work on a schedule to provide live interpreters to coincide with the Doctor's schedule to keep you updated on the medical situation.

Will this log be effective for non-medical or less complex information?

Well I rather have person be in here but if no one comes in then hope VRI works. For now just have to do written communication.

OK. Will co Mr. M. will be going to x ray now. The plan will be to admit Mr. M. to the hospital.