UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TASHA MCRANIELS,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS and DAVID
SHULKIN, SECERTARY OF VETERANS
AFFAIRS,

    Defendants

Index No. 15-cv-802-wmc

---

## STIPULATION AND ORDER
## FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that this action has resolved amicably between the parties, and that all the claims and causes of action set forth in pleadings, be dismissed with prejudice.

Dated this __16__ day of __April__, 2018.

Respectfully,

EISENBERG & BAUM, LLP

By: _____
Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
arozynski@eandblaw.com
*Attorneys for Plaintiff*

Dated this 16th day of April, 2018.

SCOTT C. BLADER
United States Attorney

By: *[signature]*

BARBARA L. OSWALD
Assistant United States Attorney
Unites States Attorney's Office
Western District of Wisconsin
222 West Washington Avenue, Suite 700
Madison, WI 53703
Phone: (608) 264-5158
barbara.oswald@usdoj.gov

## ORDER

Upon the foregoing Stipulation and Motion of all parties:

IT IS HEREBY ORDERED that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed with prejudice.

Entered this _____ day of _____, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge